IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JASON J. GEIS,<br><br>                Petitioner,<br><br>vs.<br><br>BRAD JOHNSON,<br><br>                Respondent. | 8:16CV455<br><br>**MEMORANDUM<br>AND ORDER** |

This matter is before the court for initial review of the Petition for Writ of Habeas Corpus filed by Petitioner Jason J. Geis ("Geis"). (Filing No. 1.)

Liberally construed, the petition requests relief pursuant to 28 U.S.C. § 2241, which permits this court to entertain an application for a writ of habeas corpus by a person in custody, but not yet convicted or sentenced. 28 U.S.C. § 2254 affords relief to a petitioner "in custody pursuant to the judgment of a State court." When he filed his petition, Geis *was* a pretrial detainee in state custody awaiting trial in a pending criminal case. (*Id*. at CM/ECF pp. 1-2.) However, a jury subsequently found Geis not guilty and the state district court released him from custody. (*Id*. at CM/ECF p. 2.) (referencing relevant case number); *See* Geis, Jason, J., Lancaster County District Court Case No. CR15-306 at JUSTICE Nebraska case search system *at* https://www.nebraska.gov/justice//case.cgi (last visited February 3, 2017)).[1] Geis's petition is moot under § 2241 and § 2254.

---

[1] PDF of JUSTICE document for Geis, Jason, J., Lancaster County District Court Case No. CR15-306; *Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (court may take judicial notice of judicial opinions and public records).

2

IT IS THEREFORE ORDERED that:

1. Geis's Petition for Writ of Habeas Corpus (Filing No. 1) is denied as moot and this matter will be dismissed with prejudice.

2. The court will enter a separate judgment in accordance with this Memorandum and Order.

3. The court will not issue a certificate of appealability.

Dated this 7th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge